UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CAROL ANN H., | ) | |
| | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | 2:23-CV-00242-LEW |
| | ) | |
| KILO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
|       Defendant | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On January 11, 2024, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. Plaintiff Carol Ann H. filed an objection to the Recommended Decision, to which the Difendant Kijakazi responded. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED. The administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 25th day of March, 2024

                                                          /s/ Lance E. Walker
                                                        Chief U.S. District Judge